# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00624-CV

**In re Glenda Peace**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and motion for emergency stay are denied. *See*
Tex. R. App. P. 52.8(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Filed: November 5, 2009